**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Lewis T. Babcock**

Civil Action No. 16-cv-01822-MSK

WILDERNESS WORKSHOP, et al.,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,

    Respondents.

---

JOINT MOTION FOR EXTENSION OF REMEDY BRIEFING

---

On October 17, 2018, the Court issued a Memorandum Opinion and Order on the parties' summary judgment briefing, finding that Respondents had violated the National Environmental Policy Act ("NEPA") in part on two claims in the litigation.  *See* ECF No. 36.  The Court also directed the parties to confer on an appropriate remedy and if, the parties could not reach agreement, submit additional remedy briefing on or before December 3, 2018.  *Id.* Though the parties have begun negotiations on remedy, both parties request additional time to determine whether such agreement can be reached, or whether briefing will be needed.

Counsel for the United States has been on unexpected and unscheduled sick leave since November 6, 2018 and will need the additional time to confer with her clients. Additionally, counsel for Plaintiffs will be unavailable due to previously scheduled leave in December and January.  The parties have conferred and agree that an enlargement of time until January 25, 2019 for the filing of remedy briefs, if necessary.  This enlargement of time will ensure there is adequate time for negotiations, especially in light of the upcoming holiday break.

Accordingly, the parties request an extension of time up to and until **January 25, 2019** to file remedy briefing, if needed.

Respectfully submitted this 29th of November 2018

> JEAN E. WILLIAMS
> Deputy Assistant Attorney General
>
> */s/ Tanya Nesbitt*
> TANYA NESBITT
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 601 D Street N.W.
> Washington, D.C.  20004
> Telephone: 202-305-0457
> Email: tanya.nesbitt2@usdoj.gov
>
> *Attorneys for Federal Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

> */s/ Tanya Nesbitt*
> TANYA NESBITT