**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  16-cv-01822-LTB

WILDERNESS WORKSHOP,
WESTERN COLORADO CONGRESS,
NATURAL RESOURCES DEFENSE COUNSEL, and
SIERRA CLUB,

        Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of the Interior,
RYAN ZINKE, in his official capacity as Deputy Director of the U.S. Bureau of Land Management,
GREG SHOOP, in his official capacity as Acting Colorado State Director of the U.S. Bureau of Land Management, and
GLORIA ATIBBETS, in her official capacity as Acting Field Manager of the Colorado River Valley Field Office of the U.S. Bureau of Land Management,

        Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


      The Joint Motion for Extension of Remedy Briefing (Doc 39 - filed November 29, 2018) is **GRANTED up to and including January 25, 2019**.



Dated:  November 30, 2018
_____