**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  16-cv-01822-LTB

WILDERNESS WORKSHOP,
WESTERN COLORADO CONGRESS,
NATURAL RESOURCES DEFENSE COUNSEL, and
SIERRA CLUB,

        Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of the Interior,
RYAN ZINKE, in his official capacity as Deputy Director of the U.S. Bureau of Land Management,
GREG SHOOP, in his official capacity as Acting Colorado State Director of the U.S. Bureau of Land Management, and
GLORIA ATIBBETS, in her official capacity as Acting Field Manager of the Colorado River Valley Field Office of the U.S. Bureau of Land Management,

        Defendants.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      The Joint Motion to Lift Stay and Further Extension of Remedy Briefing Deadline (Doc 43 - filed February 8, 2019) is **GRANTED**.  The stay is LIFTED.  The parties shall have until **March 25, 2019** to file briefing on remedy, if they are unable to reach agreement on an appropriate remedy.



Dated:  February 11, 2019
_____