**IN THE UNITED STATES DISTRICT COURT
 FOR THE DISTRICT OF COLORADO
 Judge Lewis T. Babcock**

Civil Action No. 16-cv-01822-MSK

WILDERNESS WORKSHOP, et al.,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,

    Respondents.

---

JOINT MOTION FOR EXTENSION OF REMEDY BRIEFING

---

    On October 17, 2018, the Court ruled on the parties' summary judgment briefing and issued a ruling on two NEPA claims in the litigation. *See* ECF No. 36. The Court also directed the parties to confer on an appropriate remedy and if, the parties could not reach agreement, submit briefing on remedy on or before December 3, 2018. *Id.* After a brief stay in the litigation, the parties resumed conferral on an appropriate remedy. *See* ECF Nos. 43-44.
    Lead counsel for Respondents, has been out of the office since Friday, June 7, 2019 dealing with a family health emergency. Lead counsel returned to the office this week, but will be on work travel for the remainder of the week.
    Despite this health emergency, the parties have made progress and can now represent that they have memorialized their tentative agreement in principle. Additional time is needed for this agreement to be approved by Petitioners and DOJ leadership.
    As a result, the parties have conferred and jointly request a further extension of the deadline to submit briefing on remedy up to and including July 15, 2019.

    Accordingly, the parties request an extension of time up to and until **July 15, 2019** to file remedy briefing, if needed.

Respectfully submitted this 25th of June 2019

                                      LAWRENCE VANDYKE
                                      Deputy Assistant Attorney General

                                      */s/ Tanya Nesbitt*
                                      TANYA NESBITT
                                      Trial Attorney
                                      United States Department of Justice
                                      Environment & Natural Resources Division
                                      Natural Resources Section

>601 D Street N.W.
>Washington, D.C.  20004
>Telephone: 202-305-0457
>Email: tanya.nesbitt2@usdoj.gov
>
>*Attorneys for Federal Respondents*
>
>*/s/* Kyle Tisdel
>Kyle Tisdel
>Western Environmental Law Center
>208 Paseo del Pueblo Sur, Suite 602
>Taos, New Mexico 87571
>Tel: (575) 613-8050
>tisdel@westernlaw.org
>
>*Attorney for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Tanya Nesbitt*
TANYA NESBITT