# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-01822

WILDERNESS WORKSHOP,
WESTERN COLORADO CONGRESS,
NATURAL RESOURCES DEFENSE COUNCIL,
SIERRA CLUB

    Plaintiffs,

v.

U.S. BUR. OF LAND MGMT ET AL.,

    Federal Defendants.

## JOINT MOTION TO STAY LITIGATION PENDING SETTLEMENT

Plaintiffs and Federal Defendants respectfully move the Court to stay litigation proceedings so that Federal Defendants can seek approval of the parties' tentative settlement agreement from the authorized representative of the Attorney General of the United States for the Department of Justice.  A stay of these proceedings will accommodate amicable resolution of this matter and preserve the Court's and parties' resources.

The parties have made progress in their settlement discussions and have memorialized their tentative agreement on settlement.  A stay is needed so that the United States can seek approval from the authorized representative of the Attorney General, the Assistant Attorney General for ENRD.  The United States will use its best efforts to obtain a decision from the authorized representative of the Attorney General as soon as practicable.

The parties propose to update the Court regarding the status of the approval process and whether a continued stay is warranted in 20 days.

DATED this 15th day of July, 2019.

BY THE COURT

_____
U.S. District Court Judge

APPROVED:

| s/ | s/ |
|---|---|
| Laura H. King | Tanya Nesbitt |
| Western Environmental Law Center | U.S. Department of Justice |
| 103 Reader's Alley | Environment & Natural Resources Div. |
| Helena, MO 59601 | 601 D Street N.W. |
| Tel: (406) 204-4852 | Washington, D.C. 20004 |
| king@westernlaw.org | Tel: (202) 305-0457 |
| | tanya.nesbitt2@usdoj.gov |

Kyle Tisdel
Western Environmental Law Center
208 Paseo del Pueblo Sur, Suite 602
Taos, New Mexico 87571
Tel: (575) 613-8050
tisdel@westernlaw.org

*Attorneys for Plaintiffs*