**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Lewis T. Babcock**

Civil Action No. 16-cv-01822-MSK

WILDERNESS WORKSHOP, et al.,

    Petitioners,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,

    Respondents.

---

### MOTION TO WITHDRAW APPEARANCE

---

Pursuant to D.C.COLO.LCivR 5(b), the undersigned, Ms. Tanya Nesbitt, hereby files this motion requesting the Court's authorization of Ms. Nesbitt's withdrawal as counsel for Respondents in this case, and the removal of her name and address from all court mailing lists. As of July 26, 2019, Ms. Nesbitt will cease to be employed by the Department of Justice. Therefore, good cause exists for this motion to be granted.

Respectfully submitted this 26th of July, 2019

                                              LAWERENCE VANDYKE
                                              Deputy Assistant Attorney General

                                              */s/ Tanya Nesbitt*
                                              TANYA NESBITT
                                              Trial Attorney
                                              United States Department of Justice
                                              Environment & Natural Resources Division
                                              Natural Resources Section
                                              601 D Street N.W.
                                              Washington, D.C. 20004
                                              Telephone: 202-305-0457
                                              Email: tanya.nesbitt2@usdoj.gov

                                              *Attorney for Federal Respondents*

**CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Tanya Nesbitt*
TANYA NESBITT