**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:16-cv-01822

WILDERNESS WORKSHOP,
WESTERN COLORADO CONGRESS,
NATURAL RESOURCES DEFENSE COUNCIL,
SIERRA CLUB

    Plaintiffs,

v.

U.S. BUR. OF LAND MGMT ET AL.,

    Federal Defendants.

**JOINT STIPULATION OF DISMISSAL**

    Plaintiffs Wilderness Workshop et al., and Federal Defendants United States Bureau of Land Management et al., by and through undersigned counsel, jointly request that the Court dismiss with prejudice the above-captioned case against Federal Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  In support of this stipulation, the Parties state and stipulate as follows:

    WHEREAS, Plaintiffs brought this action challenging BLM's June 12, 2015 adoption of the Approved Resource Management Plan ("RMP") for the Colorado River Valley Field Office ("CRVFO") and Final Environmental Impact Statement ("Colorado River Valley EIS" or "EIS") through a Record of Decision ("ROD").  Plaintiffs alleged violations of the National Environmental Policy Act ("NEPA");

    WHEREAS, Federal Defendants deny any violations of law;

WHEREAS, on October 16, 2018, the Court granted in part and denied in part Plaintiffs' merits brief in this case and Court ordered additional briefing as to the appropriate remedy while deferring a final ruling;

WHEREAS, the Parties thereafter engaged in negotiations to determine if they could amicably resolve the issue of remedy;

WHEREAS, the Parties believe it is in the best interest of the public, the Parties, and judicial economy to resolve the issue of remedy and have reached agreement as to remedy and related issues as embodied in a Settlement Agreement, executed on the 16th of September, 2019;

THEREFORE, according to the terms of that Settlement Agreement, the parties hereby stipulate to voluntarily dismiss this action with prejudice. A proposed order dismissing the case is provided.

Respectfully submitted this 16th day of September, 2019.

|  |  |
|---|---|
|  | LAWRENCE VANDYKE<br>Deputy Assistant Attorney General |
| /s/ Kyle Tisdel | /s/ Caitlin Cipicchio (with permission) |
| Kyle Tisdel<br>Western Environmental Law Center<br>208 Paseo del Pueblo Sur, Suite 602<br>Taos, NM 87571<br>(575) 613-8050<br>tisdel@westernlaw.org | Caitlin Cipicchio<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>150 M Street, N.E.<br>Washington, D.C. 20002<br>(202) 305-0503<br>caitlin.cipicchio@usdoj.gov |
| Laura H. King<br>Western Environmental Law Center<br>103 Reader's Alley<br>Helena, MO 59601<br>Tel: (406) 204-4852 | *Attorneys for Defendant* |

3

king@westernlaw.org

*Attorneys for Plaintiffs*