# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-01822

WILDERNESS WORKSHOP,
WESTERN COLORADO CONGRESS,
NATURAL RESOURCES DEFENSE COUNCIL,
SIERRA CLUB

    Plaintiffs,

v.

U.S. BUR. OF LAND MGMT ET AL.,

    Federal Defendants.

## [PROPOSED] ORDER GRANTING DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the joint Stipulation of Dismissal filed by Plaintiffs Wilderness Workshop et al. and Federal Defendants Bureau of Land Management et al., it is hereby ORDERED that the above-captioned case is DISMISSED with prejudice pursuant to the terms of the Settlement Agreement reached between the parties.

ENTERED this ____th day of September, 2019.

                                                                            U.S. District Judge Lewis T. Babcock