# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  16-cv-01822-LTB

WILDERNESS WORKSHOP,
WESTERN COLORADO CONGRESS,
NATURAL RESOURCES DEFENSE COUNSEL, and
SIERRA CLUB,

       Plaintiffs,

v.

UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of the Interior,
RYAN ZINKE, in his official capacity as Deputy Director of the U.S. Bureau of Land Management,
GREG SHOOP, in his official capacity as Acting Colorado State Director of the U.S. Bureau of Land Management, and
GLORIA ATIBBETS, in her official capacity as Acting Field Manager of the Colorado River Valley Field Office of the U.S. Bureau of Land Management,

       Defendants.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


      The Parties' Second Joint Motion for a Continuance and to Stay Proceedings Related to Plaintiffs' Motion for Attorneys' Fees, Costs, and Other Expenses under the Equal Access to Justice Act (Doc 63 - filed December 16, 2019) is **GRANTED up to and including January 30, 2020.**


Dated:   December 17, 2019
_____